**LET THIS BE FILED**

Signature ___[signature]___

Date ___1/20/22___

January 5th, 2021

Mayme M. Williams #04633-509
Federal Prison Camp, ALDERSON
PO Box A, Unit A3
ALDERSON, West Virginia 24910

HONORABLE Judge AMIT MEHTA
United States Court House
333 Constitutional Ave, NW   RM: 4400
Washington, D.C. 20001

RE CASE #   21-CR-260-APM

Dear Honorable Judge AMit Mehta:

It's unfortunate I must write to you again since my last letter I wrote to last November '2021, however the circumstances and my circumstances at ALDerson Prison Camp has change for the worst. I am sincerely asking you to please consider granting me compassion release, or a reduction in sentence. Since my last letter to you I caught COVID, and pneumonia

and was in the COVID unit for 15 days. Thank heavens I made it out, and is now recovering slowly. Since arriving at ALDERSON I still haven't been doing anything constructive to help my rehabilitation for when I am release. I have just been sitting around in the housing unit reading Novels because due to COVID I can't take no training, or any classes. Most worst I can't go to work to help pay my restitution since BOP said I must start paying restitution while I'm in BOP custody. I have NO emotional or financial support from friends or my Mom since being at ALDERSON. I understand I made a terrible mistake, I take full responsibility, it most unfortunate base on counsel advice I didn't explain the full background of why and how I got myself involve in such terrible mess to some what destroy my working future and life.

Please your HONOR, I sincerely ask of you again, please allow me to go home so I can try to restart my life over, and be a productive citizen. The psychological and emotional effect being at ALDERSON is destroying my mental state, I want to come home, and start working, and start paying my restitution and start a new chapter in my life for the better. In any event, thanks very much for taking the time to read my letter. I look forward to hearing from your office.

Sincerely,
Maxine Williams